```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2014

"AMERICAN JUSTICE CENTER" (AJC), Inc.;

Asif;

"JANE DOE" a female individual

and

"JOHN DOEs" for themselves and
their injured and deceased relatives,
left presently unnamed,

                  Plaintiffs,

-v-

NARENDRA MODI,
a national and citizen of India;
Prime Minister of India and
Former Chief Minister of the State of Gujarat

                  Defendant.

14 Civ. 7780 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **November 4, 2014**, Plaintiffs shall respond to the Suggestion of Immunity submitted by the United States of America, dated October 19, 2014.

    SO ORDERED.

Dated: October 21, 2014
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge